IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL AYERS,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:20-cv-472

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 12); (2) DISMISSING THIS CASE UNDER FED. R. CIV. P. 41(b); AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

    This Social Security appeal is before the Court on the Report and Recommendation issued by United States Magistrate Judge Sharon L. Ovington (Doc. No. 12), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Ovington recommended that Plaintiff's complaint be dismissed for non-prosecution under Fed. R. Civ. P. 41(b).  Neither party objected to the Report and Recommendation.

    Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation should be adopted.  Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED** in full (Doc. No. 12); (2) Plaintiff's case is **DISMISSED** for non-prosecution under Fed. R. Civ. P. 41(b); and (3) this case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

Date:  10/25/2021	s/ Michael J. Newman
	Hon. Michael J. Newman
	United States District Judge